United States District Court
Southern District of Texas
**ENTERED**
March 30, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| LUIS ARNOLDO CURIEL-TREVINO ) | |
| ) | CIVIL ACTION NUMBER |
| VS. ) | M-21-93 |
| ) | |
| UNITED STATES OF AMERICA ) | |

## ORDER OF DISMISSAL

The Court having adopted the conclusions in the Report and Recommendation of United States Magistrate Judge Juan F. Alanis in Order of even date herewith is of the opinion that this cause of action should be dismissed with prejudice and Respondent's Motion to Dismiss be denied.

It is, therefore, ORDERED that that this cause of action is hereby DISMISSED, and that Respondent's Motion to Dismiss be DENIED as moot.

The Clerk shall send a copy of this Order to Petitioner and counsel for Respondent.

DONE on this 30th day of March, 2022, at McAllen, Texas.

_____
Ricardo H. Hinojosa
UNITED STATES DISTRICT JUDGE